IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **John Carmack v. ZeniMax Media Inc.**

2. Civil action number: **3:17-cv-00661-K**

3. Nature of the suit: **breach of contract**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **September 29, 2017**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services

   ☐ Settled as a result of ADR.

   ☐ Settled, in part, as a result of ADR

   X  Parties were unable to reach a settlement at mediation. The mediator will continue to work with the parties.

7. What was your TOTAL fee: **$5,390.00**

8. Duration of ADR: **eight (8) hours**  (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

   Hon. Jeff Kaplan (Ret.)
   8401 North Central Expressway Suite 610
   Dallas, TX  75225
   214-744-5267

   */s/ Jeff Kaplan*
   Signature

   September 29, 2017

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Richard A. Smith, Esq.
8350 North Central Expressway
Suite 1111
Dallas, Texas  75206
(214) 242-6484

P. Anthony Sammi, Esq.
Edward Tulin, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036
(212) 735-3000

Kurt Wm. Hemr, Esq.
Skadden Arps Slate Meagher & Flom LLP
500 Boylston Street
Boston, MA  02116
(617) 573-4800

Phillip B. Philbin, Esq.
Haynes and Boone, LLP
2323 Victory Park Avenue, Suite 700
Dallas, Texas  75219
(214) 651-5000

John Carmack, with Plaintiff
J. Griffin Lesher, with Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2017, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.

_Judy Stephenson_
Judy Stephenson, Case Manager