IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN CARMACK, § | |
| § | |
| Plaintiff/Counterclaim-Defendant, § | |
| § | |
| v. § | **CIVIL CASE NO. 3:17-cv-00661-K** |
| § | |
| ZENIMAX MEDIA INC., § | |
| § | |
| Defendant/Counterclaim-Plaintiff. § | |

## JOINT MEDIATION REPORT

Pursuant to the Court's Electronic Order dated July 31, 2017 (ECF No. 49), Plaintiff & Counterclaim-Defendant John Carmack and Defendant & Counterclaim-Plaintiff ZeniMax Media Inc. ("ZeniMax") respectfully report to the Court as follows:

On September 29, 2017, pursuant to this Court's Order, the parties engaged in mediation in Dallas, Texas before the Hon. Jeff Kaplan (Ret.). John Carmack attended the mediation, along with his counsel Richard A. Smith. J. Griffin Lesher, in-house counsel for ZeniMax, and P. Anthony Sammi, Kurt Wm. Hemr, Phillip B. Philbin, and Edward L. Tulin attended on behalf of ZeniMax. Despite the best efforts of the parties and the mediator, the lawsuit was not settled during mediation. The parties will continue discussions and will continue to evaluate prospects for settlement as the case moves towards trial.

Dated:  October 4, 2017                                        Respectfully submitted,

*/s/ Richard A. Smith (w/ Permission)*                         */s/ Phillip B. Philbin*

RICHARD A. SMITH                                               PHILLIP B. PHILBIN
Texas Bar No. 24027990                                         Texas State Bar No. 15909020
richard@rsmithpc.com                                           E-mail: phillip.philbin@haynesboone.com
**RICHARD SMITH, P.C.**                                        **HAYNES AND BOONE LLP**
Campbell Centre I                                              2323 Victory Avenue, Suite 700
8350 N. Central Expressway, Suite 1111                         Dallas, Texas 75219
Dallas, Texas 75206                                            Telephone No.: 214-651-5000
Phone No.: 214-242-6484                                        Facsimile No.: 214-651-5940
Facsimile No.: 214-265-1950

                                                               P. ANTHONY SAMMI
ELIZABETH Y. RYAN                                              E-mail: Anthony.Sammi@skadden.com
Texas Bar No. 24067758                                         KURT WM. HEMR
eryan@lynnllp.com                                              E-mail: Kurt.Hemr@skadden.com
**LYNN PINKER COX & HURST LLP**                                 (admitted *pro hac vice*)
2100 Ross Avenue, Suite 2700                                   **SKADDEN, ARPS, SLATE,**
Dallas, Texas 75201                                            **   MEAGHER & FLOM LLP**
Phone No.: 214-981-3821                                        Four Times Square
Facsimile No.: 214-981-3839                                    New York, New York 10036
                                                               Telephone No.: 212-735-3000
                                                               Facsimile No.: 212-735-2000

*Attorneys for Plaintiff/Counterclaim-Defendant*               *Attorneys for Defendant/Counterclaim-Plaintiff*
*John Carmack*                                                 *ZeniMax Media Inc.*